# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2171 Disciplinary Docket No. 3 |
| | : | |
| GORDON LAMBERT BIGELOW | : | Board File No. C3-15-338 |
| | : | |
| | : | Attorney Registration No. 51969 |
| | : | |
| | : | |
| | : | (Luzerne County) |

## O R D E R

**PER CURIAM:**

AND NOW, this 29th day of May, 2015, upon consideration of the Joint Petition for Transfer to Disability Inactive Status Pursuant to Pa.R.D.E. 301, the Petition is granted and it is hereby

ORDERED that Gordon Lambert Bigelow is transferred to inactive status pursuant to Pa.R.D.E. 301(d), for an indefinite period and until further Order of this Court, and he shall comply with all the provisions of Pa.R.D.E. 217.